UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---x

ELOHIM-YAKUL MASSA,

Plaintiff,

-against-

RAPID ARMORED CORPORATION and THE PAY-O-MATIC CORP.,

Defendants.

---x

Case No. 1:25-cv-01989-NGG-LKE

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT RAPID ARMORED CORPORATION**

PLEASE TAKE NOTICE, that at a date and time to be set by the Court, before the Honorable Nicholas G. Garaufis, United States District Judge, Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Room 1426 S, Brooklyn, New York 11201, and upon the Affirmation of Attorney Isaac J. Burker, Esq. filed under seal on behalf of Jackson Lewis P.C., counsel of record for Defendants Rapid Armored Corporation (referred to herein as "Rapid") and The Pay-O-Matic Corp., a motion will be made for an Order pursuant to Local Rule 1.4 of the Local Rules of the Eastern District of New York, permitting the firm of Jackson Lewis P.C. and attorney Isaac J. Burker to be relieved as counsel for Rapid, together with such other and further relief as may be deemed just and proper.

A copy of this Notice of Motion was also delivered to Rapid.

Respectfully submitted,

JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
(914) 872-6870

By: _/s/ Isaac J. Burker_______________
Isaac J. Burker
Isaac.Burker@jacksonlewis.com

Dated: November 24, 2025
White Plains, New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELOHIM-YAKUL MASSA,<br><br>Plaintiff,<br><br>-against-<br><br>RAPID ARMORED CORPORATION and THE PAY-O-MATIC CORP.,<br><br>Defendants. | Case No. 1:25-cv-01989-NGG-LKE |

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 24, 2025, a true and correct copy of the Notice of Motion to Withdraw as Counsel for Defendant Rapid Armored Corporation was filed via ECF and served upon:

Wendy Dolce, Esq.
Dolce Law PLLC
44 Court Street
Brooklyn, NY 11201
*Attorneys for Plaintiff*
(served via ECF)

*-and-*

Rapid Armored Corporation
254 Scholes St,
Brooklyn, NY 11206
(served via FedEx)

*/s/ Isaac J. Burker*
Isaac J. Burker